UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES ALVIS JENNINGS,

        Petitioner,

                                              File No.  1:03-CV-611

v.

                                              HON. ROBERT HOLMES BELL

PAUL RENICO,

        Respondent.
                                     /

## **O R D E R**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Petitioner's objections to the Magistrate Judge's May 13, 2005 Report and Recommendation are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED** as the opinion of the Court.

Date:    October 20, 2005                /s/ Robert Holmes Bell
                                                                ROBERT HOLMES BELL
                                                                 CHIEF UNITED STATES DISTRICT JUDGE